UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR TAGLE, <br><br> Plaintiff, <br> v. <br> KATHLEEN M. HAMERS, *et al.*, <br><br> Defendants. | Case No. 2:13-cv-00388-MMD-GWF <br><br> ORDER |

This action is a closed *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. By order filed May 1, 2013, this action was dismissed with prejudice. (Dkt. no. 8.) Judgment was entered May 1, 2013. (Dkt. no. 9.)

On May 3, 2013, plaintiff filed a motion for an order granting him a copy of all documents and court records filed in this action. (Dkt. no. 10.) The Court declines to provide, free of charge, a copy of all documents filed in this action. However, the Court will direct the Clerk to send plaintiff a copy of his initiating documents (dkt. no. 1), a copy of the order dismissing this action (dkt. no. 8), and a copy of the judgment (dkt. no. 9) entered in this action.

IT IS THEREFORE ORDERED that petitioner's motion for court records (dkt. no. 10) is GRANTED IN PART. The Clerk of Court shall send plaintiff the following: (1) a copy of his initiating documents (dkt. no. 1); (2) a copy of the order dismissing this action (dkt. no. 8); and (3) a copy of the judgment (dkt. no. 9) entered in this action.

DATED THIS 18th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE